IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KEVIN JAMES MANNING,<br>  Plaintiff,<br><br>v.<br><br>KEN PAXTON,<br>  Defendant. | §<br>§<br>§<br>§   No. 3:24-CV-2657-N-BW<br>§<br>§<br>§ |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.  For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, this action will be summarily dismissed as barred by 28 U.S.C. § 1915(g) by separate judgment.  Plaintiff's "Motion to Proceed in forma pauperis," received on November 7, 2024 (Dkt. No. 7), is **DENIED AS MOOT**, and to the extent he seeks any additional relief in this action by his other filings received on November 7, 2024 (Dkt. Nos. 5-6), such relief is **DENIED**.

Further, Plaintiff is hereby **BARRED** from filing future actions in this or any other federal court without first obtaining leave of court to do so, and any case of his that is filed, removed, or transferred without payment of the applicable filing fees should not be reviewed by the Court.  To obtain leave to file in this Court, Plaintiff must file an "Application Pursuant to Court Order Seeking Leave to File," with a copy of the proposed complaint, and certify that: (1) the claim or claims presented have never been raised and disposed of on the merits by any

federal court; and (2) the claim or claims are not frivolous or taken in bad faith. Any application seeking leave to file in this Court must either cite to or attach a copy of the Court's sanction order.

**SO ORDERED** this 27th day of December, 2024.

_____
DAVID C. GODBEY
CHIEF UNITED STATES DISTRICT JUDGE